

# Carmel Republican Committee

**Anthony G. Scannapieco JR., Chairman**
68 Stocum Ave., Mahopac, N.Y. 10541
**845-628-7017**

<u>Vice Chairman</u>
Roberta Cassetta

<u>Secretary</u>
Barbara Spofford

<u>Treasurer</u>
Patrick J. Brophy

February 16, 2011

The Honorable Warren W. Eginton
Federal Building and Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Your Honor,

    On the evening of January 24, 2011 the Carmel Republican Committee met for their monthly meeting. The subject of Vincent Leibell's pending sentencing on March 7, 2011 came up for discussion. The members of the committee were concerned that an effort was being made to have elected officials and prominent members of the Putnam County community write letters to the court requesting leniency for Mr. Leibell.

    We the Republican Committee feel that Mr. Leibells actions and behaviors do not reflect the Republican Committee's values and integrity. The people of Putnam County and the people of New York have been deceived and cheated by Mr. Leibell, and most will never know all the facts. It is my understanding that there were fifteen original counts and in his plea bargain he pleaded guilty to two, which could have a maximum sentence of thirteen years. Mr. Leibell in his deal is going to get a maximum sentence of two years: we believe that is more than generous; anything less would be an injustice.

    In an overwhelming vote, the committee passed a resolution seeking that I write this letter expressing their view that Mr. Leibell in his plea bargain has accepted a pre-determined sentence.

Yours truly,

*Anthony A. Scannapieco*

Anthony G. Scannapieco, Jr.
Chairman

2011 FEB 18 P 2:57