

# TOWN OF PHILIPSTOWN
238 Main St.   P.O. Box 155   Cold Spring, NY 10516

RICHARD SHEA, SUPERVISOR                                   (845) 265-3329

TINA M. MERANDO  
TOWN CLERK AND TAX COLLECTOR

EDWARD W. DOYLE  
TOWN ATTORNEY

BETTY BUDNEY, COUNCILWOMAN  
JOHN VAN TASSEL, COUNCILMAN  
NANCY MONTGOMERY, COUNCILWOMAN  
BARBARA SCUCCIMARRA, COUNCILWOMAN

January 26, 2011

Honorable Warren Eginton  
United States District Judge  
United States District Court  
300 Quarropas Street  
White Plains, New York 10601-4150

RE: United States of America v.  
Vincent L. Leibell, III  
10-cr

Dear Judge Eginton:

Please allow this letter to serve as both an introduction of myself and further as a description of my interaction with Vincent Leibell, III. I am the Supervisor of the Town of Philipstown and prior to being elected to this position I served as a councilman for eight years. I am a lifelong resident of Philipstown and have known Vincent Leibell for twenty five years. During this time period I had occasion to work with Vincent Leibell in his capacity as our State Senator. The list of accomplishments that the former senator achieved on our behalf is remarkable in itself. Sponsoring grants for our recreation department, working on legislation with our Assemblywoman, Sandy Galef, allow New York State to pay property taxes and his commitment to improving our aging building's energy efficiency are just a few of the projects he helped us with.

On the personal side I consider Vincent Leibell to be the consummate gentlemen. He always went out of his way to recognize people, especially our students and seniors. I had occasion to be in Albany at the State capital building with my young son and the then senator saw us in the hall. He was obviously busy but he took the time to speak with my son and me and even had a picture sent to us. It was always about the personal with our former senator and that day meant a lot to my son and me.

In all the years that I have known Vincent Leibell my interactions with him were never anything but positive.

Sincerely,

*Richard Shea*

Richard Shea
Philipstown Supervisor